# Court of Appeals
# of the State of Georgia

ATLANTA,  October 19, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0359. MICHAEL D. CARNES v. CHANDRA PATTERSON.**

Michael D. Carnes ("Husband") and Chandra Patterson ("Wife") were divorced in May 2019. In April 2021, the trial court issued an order finding Husband in contempt for not making certain alimony and debt payments as provided in the parties' final divorce decree. Husband then filed this direct appeal, seeking review of the contempt order.[1] We lack jurisdiction.

Appeals from orders in domestic relations cases, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. OCGA § 5-6-35 (a) (2), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this is a domestic relations case, Husband was required to comply with the discretionary appeal procedure to obtain review of the contempt

---

[1] Husband filed his appeal in the Supreme Court but, upon finding no basis for that Court's jurisdiction, the Supreme Court transferred the appeal to this Court. See Case No. S21A1287 (Aug. 24, 2021).

orders. His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,　10/19/2021　　　　*
　　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen